UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **HEYMAN WOODS** <br> **DOC # 132963** | **CIVIL ACTION NO. 06-1919** <br><br> **SECTION P** |
| **VS.** | **JUDGE DOHERTY** |
| **RICHARD STALDER** | **MAGISTRATE JUDGE METHVIN** |

### ORDER

Before the court is Heyman Woods's *pro se* civil rights suit (42 U.S.C. § 1983) filed on October 23, 2006. Plaintiff was initially allowed to proceed *in forma pauperis* on November 22, 2006 [doc.73], however, on March 22, 2007, having noted that three or more of plaintiff's previous civil rights suits had been dismissed as frivolous, the undersigned vacated and rescinded the order granting plaintiff *in forma pauperis* status and directed him to pay the full filing fee within twenty days. [doc. 15] The undersigned further advised plaintiff that his failure to pay the filing fee as directed would result in his pleadings being stricken and the case closed.

More than twenty days have passed since the date of the order, and plaintiff has failed to pay the necessary filing fee. Accordingly,

**IT IS ORDERED** that the pleadings be **STRICKEN** and that the case be **CLOSED** by the Clerk of Court.

Signed at Lafayette, Louisiana, on May 1, 2007.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)